

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    2:10-CR-0301-ECR (RJJ)<br>) |
| STEVEN ROCKWELL, | )<br>) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On July 7, 2010, defendant STEVEN ROCKWELL pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information.

This Court finds that STEVEN ROCKWELL shall pay a criminal forfeiture money judgment of $250,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STEVEN ROCKWELL a criminal forfeiture money judgment in the amount of $250,000.00 in United States Currency.

DATED this __7__ day of __July__, 2010.

_____
UNITED STATES DISTRICT JUDGE