FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY. _____ DEPUTY

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,                    )
                                               )
10              Plaintiff,                      )
                                               )
11       v.                                     )        2:10-CR-0301-ECR (RJJ)
                                               )
12  STEVEN ROCKWELL,                            )
                                               )
13 _____Defendant._____  )

14                    **ORDER OF FORFEITURE**

15          This Court found on July 8, 2010, that STEVEN ROCKWELL shall pay a criminal forfeiture

16  money judgment of $250,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)

17  and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section

18  981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,

19  Section 853.

20          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

21  States recover from STEVEN ROCKWELL a criminal forfeiture money judgment in the amount of

22  $250,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

23  .  .  .

24  .  .  .

25  .  .  .

26  .  .  .

1  United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and

2  Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

3       DATED this __13__ day of __OcToBeR__, 2010.

4

5

6

7               _Edward C. Reed_____
                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26