UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00301-ECR-RJJ |
| ) | |
| Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | DATE: October 28, 2010 |
| ) | |
| STEVEN ROCKWELL, ) | |
| ) | |
| Defendant. ) | |

PRESENT: _____EDWARD C. REED, JR._____       U. S. DISTRICT JUDGE

Deputy Clerk: _____COLLEEN LARSEN_____   Reporter: _____NONE APPEARING_____

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

    On October 27, 2010, the Court received letters from Defendant's attorney and from Defendant requesting a different designation for his place of incarceration than provided in his Judgment and Commitment Order (#15). The Clerk shall file the letters and provide a copy of the letter to the Court from Defendant to Government counsel.

    The letters will be treated as a motion to designate a different facility for Defendant's incarceration.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Judgment and Commitment Order (#15) is amended to provide that the Court recommends Defendant be incarcerated at FCI, Terminal Island to allow visits from family and friends. This designation is in lieu of the designation previously made in the Judgment and Commitment Order (#15).

                                                LANCE S. WILSON, CLERK
                                                By _____/s/_____
                                                     Deputy Clerk